**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-15042-SPS |
| | § | |
| FERNANDO D JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/25/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2011         By: /s/ David P. Leibowitz
                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-15042-SPS |
| | § | |
| FERNANDO D JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $6,615.13
*and approved disbursements of*     $4,516.20
*leaving a balance on hand of[1]:*     $2,098.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | JPMorgan Chase Bank, National Association | $28,973.10 | $0.00 | $0.00 | $0.00 |
| 9 | JPMorgan Chase Bank, National Association | $109,522.22 | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO IL | $11,015.21 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,098.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $525.64 | $0.00 | $525.64 |
| David P. Leibowitz, Trustee Expenses | $18.32 | $0.00 | $18.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $543.96 |
|---|---|---|
|  | Remaining balance: | $1,554.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,554.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,554.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,248.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO IL | $10,172.92 | $0.00 | $626.51 |
| 2 | City of Chicago Department of Revenue | $1,093.50 | $0.00 | $67.35 |
| 3 | Ais Services Llc | $785.58 | $0.00 | $48.38 |
| 4 | Capital One Auto Finance, c/o Ascension Capital Gr | $8,927.72 | $0.00 | $549.83 |
| 6 | Galway Financial Services, LLC | $585.00 | $0.00 | $36.03 |
| 8 | Cb Usa Inc | $727.90 | $0.00 | $44.83 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 11 | Premier Bankcard/Charter | $271.28 | $0.00 | $16.71 |
| 12 | PRA Receivables Management, LLC | $358.18 | $0.00 | $22.06 |
| 13 | Seventh Avenue | $368.48 | $0.00 | $22.69 |
| 14 | Midnight Velvet | $138.79 | $0.00 | $8.55 |
| 15 | Montgomery Ward | $220.46 | $0.00 | $13.58 |
| 16 | Fingerhut Direct Marketing Inc. CIT Bank | $649.73 | $0.00 | $40.01 |
| 17 | Asset Acceptance LLC | $220.97 | $0.00 | $13.61 |
| 18 | Cb Usa Inc | $395.70 | $0.00 | $24.37 |
| 19 | Cb Usa Inc | $332.20 | $0.00 | $20.46 |

Total to be paid to timely general unsecured claims: $1,554.97
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST-Form 101-7-NFR (5/1/2011)**

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Fernando D Johnson  
    Debtor

Case No. 09-15042-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 2     Date Rcvd: Oct 05, 2011  
                         Form ID: pdf006     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2011.

```
db         +Fernando D Johnson,    14508 S. Dearborn,    Riverdale, IL 60827-2859
13837172   +Cb Usa Inc,    5252 S Hohman Ave,    Hammond, IN 46320-1711
13837171   +Cb Usa Inc,    C/O Kooyer & Vandenberg MD,    5252 S Hohman Ave,    Hammond, IN 46320-1711
13837173   +Citfingerhut,    6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13912158   +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC.,
             222 Merchandise Mart Plaza Ste. 1900,    Chicago, IL 60654-1421
13837175   +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
13837176   +Credit Management Cont,    Po Box 1654,    Green Bay, WI 54305-1654
13837177    Evonne King,    7511 South East End,    Chicago, IL 60620
14175193    Fingerhut Direct Marketing Inc. CIT Bank,    6250 Ridgewood Rd  St. Cloud, MN 56303
13837178   +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15031265   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114)
13837179    Illinois Department of Family Servi,    State Disbursement Unit,    Carol Stream, IL 60197
13837180   +Illinois Department of Health Care,    Po Box 19119,    Springfield, IL 62794-9119
13942516   +JPMorgan Chase Bank, National Association,    Mail Stop: JAXB2007,    7255 Baymeadows Way,
             Jacksonville, FL 32256-6851
15304517   +Litton Loan Servicing, LP,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
13837181   +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14166070   +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14116196   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sams Club,
             POB 41067,    NORFOLK VA 23541-1067
14026233   +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville CA 95696-8208
13837184   +Seventh Ave,    Po Box 2804,    Monroe, WI 53566-8004
14157259   +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13837185   +Steven Fink and Associates,    25 E. Washington St.,    Suite 1233,    Chicago, IL 60602-1876
13837186   +Tasha Neal,    8330 S. Anthony,    Chicago, IL 60617-1766
13874955   +WELLS FARGO IL,    P.O. BOX 7648,    BOISE, ID 83707-1648,    ATTN: INDIKDA DESILVA
13837187   +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
13837190    Wells Fargo Auto Finance,    P.O. Box 53499,    Phoenix, AZ 85072-3499
13837174   +city of chicago parking,    121 N Lasalle Street ROOM 107A,    Chicago, IL 60602-1232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837169   +E-mail/Text: bankruptcynotices@aisservicesllc.com Oct 06 2011 01:12:03     Ais Services Llc,
             50 California St Suite 1500,    San Francisco, CA 94111-4619
14266654   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 06 2011 01:09:22     Asset Acceptance LLC,
             Po Box 2036,    Warren MI 48090-2036
13837170   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Oct 06 2011 01:10:59
             Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
13918956   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 06 2011 03:48:50
             Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
             Arlington, TX 76006-1347
13936023   +E-mail/Text: lisa@galwayfinancialservices.com Oct 06 2011 01:11:37
             Galway Financial Services, LLC,    3870 Peachtree Industrial Blvd.,    Suite 150-316,
             Duluth, GA 30096-1422
14174950   +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2011 03:50:59     Montgomery Ward,
             c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13837182   +E-mail/Text: bankrup@nicor.com Oct 06 2011 01:08:29     Nicor Gas,
             Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
13837183   +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2011 03:51:00     Sams Club,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13837188*  +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
13837189*  +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams              Page 2 of 2              Date Rcvd: Oct 05, 2011
                              Form ID: pdf006              Total Noticed: 35

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2011**                              **Signature:**    /s/ Joseph Speetjens