UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-15042-SPS
 §
FERNANDO D JOHNSON §
 §
 §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $130,526.00 | Assets Exempt: | $56,128.68 |
| Total Distributions to Claimants: | $1,554.97 | Claims Discharged Without Payment: | $54,384.44 |
| Total Expenses of Administration: | $547.57 | | |

3) Total gross receipts of $6,615.13 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,512.59 (see **Exhibit 2),** yielded net receipts of $2,102.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $135,801.00 | $149,510.53 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $547.57 | $547.57 | $547.57 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $58,517.00 | $25,248.41 | $25,248.41 | $1,554.97 |
| **Total Disbursements** | $194,318.00 | $175,306.51 | $25,795.98 | $2,102.54 |

4). This case was originally filed under chapter 0 on 04/27/2009. The case was converted to one under Chapter 7 on 09/24/2009. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012            By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Intercept | 1224-000 | $6,614.84 |
| Interest Earned | 1270-000 | $0.29 |
| **TOTAL GROSS RECEIPTS** | | **$6,615.13** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Fernando D. Johnson | Exemptions | 8100-002 | $4,512.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,512.59** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | JPMorgan Chase Bank, National Association | 4110-000 | $27,744.00 | $28,973.10 | $0.00 | $0.00 |
| 9 | JPMorgan Chase Bank, National Association | 4110-000 | NA | $109,522.22 | $0.00 | $0.00 |
| 10 | WELLS FARGO IL | 4110-000 | NA | $11,015.21 | $0.00 | $0.00 |
| | Washington Mutual Mortgage | 4110-000 | $108,057.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$135,801.00** | **$149,510.53** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $525.64 | $525.64 | $525.64 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.32 | $18.32 | $18.32 |
| Green Bank | 2600-000 | NA | $3.61 | $3.61 | $3.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$547.57** | **$547.57** | **$547.57** |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Evonne King | 5800-000 | $0.00 | NA | NA | $0.00 |
|  | Illinois Department of Health Care | 5800-000 | $0.00 | NA | NA | $0.00 |
|  | Tasha Neal | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO IL | 7100-000 | $9,996.00 | $10,172.92 | $10,172.92 | $626.51 |
| 2 | City of Chicago Department of Revenue | 7100-000 | $600.00 | $1,093.50 | $1,093.50 | $67.35 |
| 3 | Ais Services Llc | 7100-000 | $778.00 | $785.58 | $785.58 | $48.38 |
| 4 | Capital One Auto Finance, c/o Ascension Capital Gr | 7100-000 | $13,973.00 | $8,927.72 | $8,927.72 | $549.83 |
| 5 | Galway Financial Services, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 6 | Galway Financial Services, LLC | 7100-000 | NA | $585.00 | $585.00 | $36.03 |
| 8 | Cb Usa Inc | 7100-000 | $396.00 | $727.90 | $727.90 | $44.83 |
| 11 | Premier Bankcard/Charter | 7100-000 | $203.00 | $271.28 | $271.28 | $16.71 |
| 12 | PRA Receivables Management, LLC | 7100-000 | $393.00 | $358.18 | $358.18 | $22.06 |
| 13 | Seventh Avenue | 7100-000 | $368.00 | $368.48 | $368.48 | $22.69 |
| 14 | Midnight Velvet | 7100-000 | $138.00 | $138.79 | $138.79 | $8.55 |
| 15 | Montgomery Ward | 7100-000 | NA | $220.46 | $220.46 | $13.58 |
| 16 | Fingerhut Direct Marketing Inc. CIT Bank | 7100-000 | $649.00 | $649.73 | $649.73 | $40.01 |
| 17 | Asset Acceptance LLC | 7100-000 | NA | $220.97 | $220.97 | $13.61 |
| 18 | Cb Usa Inc | 7100-000 | $332.00 | $395.70 | $395.70 | $24.37 |

**UST Form 101-7-TDR (5/1/2011)**

| 19 | Cb Usa Inc | 7100-000 | NA | $332.20 | $332.20 | $20.46 |
|---|---|---|---|---|---|---|
| | Credit Management | 7100-000 | $105.00 | NA | NA | $0.00 |
| | Credit Management Cont | 7100-000 | $1,488.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $1,354.00 | NA | NA | $0.00 |
| | Washington Mutual Mortgage | 7100-000 | $27,744.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,517.00 | $25,248.41 | $25,248.41 | $1,554.97 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-15042-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JOHNSON, FERNANDO D | | Date Filed (f) or Converted (c): | 09/24/2009 (c) |
| For the Period Ending: | 2/9/2012 | | §341(a) Meeting Date: | 11/02/2009 |
| | | | Claims Bar Date: | 04/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Homestead at 14508 S. Dearborn, Riverdale, 60827 | $90,000.00 | $75,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Bank of America Checking | $1.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Bank of America Savings | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Furniture | $1,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Various Jewelry | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Pension | $30,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | 2003 GMC Envoy 115k miles | $8,275.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | Tax Intercept (u) | $0.00 | $3,048.32 | DA | $6,614.84 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $0.29 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

       $130,526.00      $78,048.32      $6,615.13      $0.00

**Major Activities affecting case closing:**
Tax Intercept
To prepare Motions to abandon - TFR
TFR completed for Trustee's review
TFR sent to Tom for review and approval.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 12/31/2010      DAVID LEIBOWITZ

Page No: 1
Case 09-15042  Doc 75  Filed 04/11/12  Entered 04/11/12 17:02:15  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document     Page 7 of 10
Exhibit 9

| Case No. | 09-15042-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JOHNSON, FERNANDO D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8633 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,102.54 | | $2,102.54 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.66 | $2,101.88 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.95 | $2,098.93 |
| 10/28/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.32 | $2,080.61 |
| 10/28/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $525.64 | $1,554.97 |
| 10/28/2011 | 5003 | WELLS FARGO IL | Claim #: 1; Amount Claimed: 10,172.92; Amount Allowed: 10,172.92; Distribution Dividend: 6.16; | 7100-000 | | $626.51 | $928.46 |
| 10/28/2011 | 5004 | City of Chicago Department of Revenue | Claim #: 2; Amount Claimed: 1,093.50; Amount Allowed: 1,093.50; Distribution Dividend: 6.16; | 7100-000 | | $67.35 | $861.11 |
| 10/28/2011 | 5005 | Ais Services Llc | Claim #: 3; Amount Claimed: 785.58; Amount Allowed: 785.58; Distribution Dividend: 6.16; | 7100-000 | | $48.38 | $812.73 |
| 10/28/2011 | 5006 | Capital One Auto Finance, c/o Ascension Capital Gr | Claim #: 4; Amount Claimed: 8,927.72; Amount Allowed: 8,927.72; Distribution Dividend: 6.16; | 7100-000 | | $549.83 | $262.90 |
| 10/28/2011 | 5007 | Galway Financial Services, LLC | Claim #: 6; Amount Claimed: 585.00; Amount Allowed: 585.00; Distribution Dividend: 6.16; | 7100-000 | | $36.03 | $226.87 |
| 10/28/2011 | 5008 | Cb Usa Inc | Claim #: 8; Amount Claimed: 727.90; Amount Allowed: 727.90; Distribution Dividend: 6.16; | 7100-000 | | $44.83 | $182.04 |
| 10/28/2011 | 5009 | Premier Bankcard/Charter | Claim #: 11; Amount Claimed: 271.28; Amount Allowed: 271.28; Distribution Dividend: 6.16; | 7100-000 | | $16.71 | $165.33 |
| 10/28/2011 | 5010 | PRA Receivables Management, LLC | Claim #: 12; Amount Claimed: 358.18; Amount Allowed: 358.18; Distribution Dividend: 6.16; | 7100-000 | | $22.06 | $143.27 |
| 10/28/2011 | 5011 | Seventh Avenue | Claim #: 13; Amount Claimed: 368.48; Amount Allowed: 368.48; Distribution Dividend: 6.16; | 7100-000 | | $22.69 | $120.58 |
| 10/28/2011 | 5012 | Midnight Velvet | Claim #: 14; Amount Claimed: 138.79; Amount Allowed: 138.79; Distribution Dividend: 6.16; | 7100-000 | | $8.55 | $112.03 |
| 10/28/2011 | 5013 | Montgomery Ward | Claim #: 15; Amount Claimed: 220.46; Amount Allowed: 220.46; Distribution Dividend: 6.16; | 7100-000 | | $13.58 | $98.45 |
| 10/28/2011 | 5014 | Fingerhut Direct Marketing Inc. CIT Bank | Claim #: 16; Amount Claimed: 649.73; Amount Allowed: 649.73; Distribution Dividend: 6.16; | 7100-000 | | $40.01 | $58.44 |
| 10/28/2011 | 5015 | Asset Acceptance LLC | Claim #: 17; Amount Claimed: 220.97; Amount Allowed: 220.97; Distribution Dividend: 6.16; | 7100-000 | | $13.61 | $44.83 |

**SUBTOTALS**  $2,102.54  $2,057.71

**FORM 2**
Case 09-15042  Doc 75  Filed 04/11/12  Entered 04/11/12 17:02:15  Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document      Page 8 of 10                                                                 Exhibit 9

| **Case No.** | 09-15042-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | JOHNSON, FERNANDO D | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******8633 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/27/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/28/2011 | 5016 | Cb Usa Inc | Claim #: 18; Amount Claimed: 395.70; Amount Allowed: 395.70; Distribution Dividend: 6.16; | 7100-000 | | $24.37 | $20.46 |
| 10/28/2011 | 5017 | Cb Usa Inc | Claim #: 19; Amount Claimed: 332.20; Amount Allowed: 332.20; Distribution Dividend: 6.16; | 7100-000 | | $20.46 | $0.00 |
| | | | **TOTALS:** | | $2,102.54 | $2,102.54 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,102.54 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,102.54 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,102.54 | |

| **For the period of 4/27/2009 to 2/9/2012** | | **For the entire history of the account between 06/29/2011 to 2/9/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,102.54 | Total Internal/Transfer Receipts: | $2,102.54 |
| | | | |
| Total Compensable Disbursements: | $2,102.54 | Total Compensable Disbursements: | $2,102.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,102.54 | Total Comp/Non Comp Disbursements: | $2,102.54 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-15042-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | JOHNSON, FERNANDO D | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8633 | **Money Market Acct #:** ******5042 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 4/27/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 2/9/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2011 | (9) | United States Treasury | | 1224-000 | $6,614.84 | | $6,614.84 |
| 04/11/2011 | 1001 | Fernando D. Johnson | Entitled portion of tax refund. | 8100-002 | | $4,512.59 | $2,102.25 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.12 | | $2,102.37 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.09 | | $2,102.46 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.08 | | $2,102.54 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,102.54 | $0.00 |
| | | | **TOTALS:** | | $6,615.13 | $6,615.13 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,102.54 | |
| | | | **Subtotal** | | $6,615.13 | $4,512.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,512.59 | |
| | | | **Net** | | $6,615.13 | $0.00 | |

| **For the period of 4/27/2009 to 2/9/2012** | | **For the entire history of the account between 04/06/2011 to 2/9/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,615.13 | Total Compensable Receipts: | $6,615.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,615.13 | Total Comp/Non Comp Receipts: | $6,615.13 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,512.59 | Total Non-Compensable Disbursements: | $4,512.59 |
| Total Comp/Non Comp Disbursements: | $4,512.59 | Total Comp/Non Comp Disbursements: | $4,512.59 |
| Total Internal/Transfer Disbursements: | $2,102.54 | Total Internal/Transfer Disbursements: | $2,102.54 |

Page No: 4
Case 09-15042 Doc 75 Filed 04/11/12 Entered 04/11/12 17:02:15 Desc Main
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 10 of 10

| Case No. | 09-15042-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JOHNSON, FERNANDO D | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8633 | Money Market Acct #: | ******5042 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,615.13 | $6,615.13 | $0.00 |

**For the period of 4/27/2009 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,615.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,615.13 |
| Total Internal/Transfer Receipts: | $2,102.54 |
| | |
| Total Compensable Disbursements: | $2,102.54 |
| Total Non-Compensable Disbursements: | $4,512.59 |
| Total Comp/Non Comp Disbursements: | $6,615.13 |
| Total Internal/Transfer Disbursements: | $2,102.54 |

**For the entire history of the case between 09/24/2009 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,615.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,615.13 |
| Total Internal/Transfer Receipts: | $2,102.54 |
| | |
| Total Compensable Disbursements: | $2,102.54 |
| Total Non-Compensable Disbursements: | $4,512.59 |
| Total Comp/Non Comp Disbursements: | $6,615.13 |
| Total Internal/Transfer Disbursements: | $2,102.54 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ